■ Louis Buttino, Respondent, v Francis Buttino, Appellant. (Appeal No. 1.) [724 NYS2d 394] —Appeal unanimously dismissed without costs (see, Matter of Laborers Intl. Union v Shevlin-Manning, Inc., 147 AD2d 977; see also, CPLR 5501 [a]). (Appeal from Order of Supreme Court, Monroe County, Polito, J.—Contract.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Burns, JJ.